UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARSHAUN A. WELLS,

    Plaintiff,

v.                                                    Case No. 3:24cv199-TKW-HTC

CORRECTIONS DEPARTMENT ESCAMBIA COUNTY JAIL,
ESCAMBIA COUNTY SHERIFF OFFICE,

    Defendants.
_____/

REPORT AND RECOMMENDATION

Plaintiff Marshaun A. Wells, a prisoner at Escambia County Jail, filed a complaint under 42 U.S.C. § 1983 on or about May 7, 2024. ECF Doc. 1. On June 5, 2024, the Court advised Wells that his complaint was procedurally and substantively deficient, included multiple unrelated claims, failed to identify a proper defendant, and failed to state a claim on which relief can be granted. Doc. 7. Plaintiff was given twenty-one (21) days to clarify his allegations in an amended complaint or file a notice of voluntary dismissal if he did not believe he could draft a complaint that states a viable claim. *Id.* On July 5, 2024, after Wells failed to comply with the June 5 Order, the Court directed Wells to show cause by July 19, 2024, why the case should not be dismissed for failure to prosecute and to comply

with orders of the Court.  Doc. 10.  *See* Doc. 8.  Wells has not responded to the July 5 Order.[1]

Based on the foregoing, dismissal of this case is appropriate.  *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted).

Accordingly, it is RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure to comply with Court orders.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 30th day of July, 2024.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] On June 6, 2024, the clerk docketed a notice of change of address for Wells, identifying a non-institutional address for Wells.  The clerk remailed the June 5, 2024, Order and accompanying forms to Wells at the new address.

Case No. 3:24cv199-TKW-HTC

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1.

Case No. 3:24cv199-TKW-HTC